IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAW OFFICE OF MARVIN LUNDY      :          CIVIL ACTION
                                :
          v.                    :
                                :
WHITEHAVEN S.F., LLC            :          NO. 10-4544

ORDER

        AND NOW, this 22nd day of October, 2010, upon

consideration of plaintiff's motion for preliminary injunction

(docket entry # 1), plaintiff's pretrial memorandum (docket entry

# 5), defendant's October 1, 2010 memorandum of law, the parties'

October 6, 2010 stipulation of facts and exhibits (docket entry #

6), plaintiff's complaint (docket entry # 9), the parties'

October 18, 2010 stipulated exhibits (docket entry # 12), and

defendant's answer to the complaint (docket entry # 13), and

after hearings on October 12 and 19, 2010, and upon the findings

of fact and conclusions of law detailed in the accompanying

Memorandum, it is hereby ORDERED that:

        1.   Plaintiff's motion for preliminary injunction

(docket entry # 1), treated by agreement as a motion for a

permanent injunction, is GRANTED IN PART;

        2.   Defendant is PERMANENTLY ENJOINED from proceeding

with arbitration against plaintiff relating to the agreements

stipulated as exhibits in this case (docket entry # 12) involving

plaintiff's client K.B.;

        3.    Plaintiff's prayer for attorney's fees and costs is DENIED; and

        4.    The Clerk shall CLOSE this case statistically.

BY THE COURT:

\_\_\s\Stewart Dalzell